**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | Case No.: **13-40551-PJS**<br>Chapter **13** |
| **Leslie L. Turner** | Honorable **Phillip J. Shefferly** |
| Debtor. | |

**STIPULATION FOR ENTRY OF ORDER ADJOURNING HEARING ON CITIMORTGAGE, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, CO-DEBTOR AUTOMATIC STAY AND FOR ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)**

This matter having been brought before this Honorable Court pursuant to an agreement between the Debtor and the creditor CitiMortgage, Inc. to allow the entry of the Order Adjourning Hearing on the Motion for Relief from the Automatic Stay, Co-Debtor Automatic Stay and for Entry of Order Waiving the Provision of FRBP 4001(a)(3);

The undersigned parties hereby stipulate and agree to entry of the Order attached hereto as Exhibit 1.

| Attorney for Creditor: | Attorney for Debtor: |
|---|---|
| /s/ Craig B. Rule | /s/ Joseph L. Grima |
| **CRAIG B. RULE (P 67005)** | **JOSEPH L. GRIMA (P 44756)** |
| **P.O. Box 5041** | **18232 Mack Ave.** |
| **Troy, MI 48007** | **Grosse Pointe Farms, MI 48236** |
| **(248) 502-1400** | **(313) 417-8422** |
| **crule@orlans.com** | **grimalaw@gmail.com** |