UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:  Chapter 13

Leslie L. Turner,  Case No. 13-40551

    Debtor.  Honorable Phillip J. Shefferly
_____/

## ORDER MODIFYING THE AUTOMATIC
## STAY AND CO-DEBTOR AUTOMATIC STAY

    NOW COMES the Creditor, CitiMortgage, Inc., by and through its attorneys, Orlans Associates, P.C., by Craig B. Rule, having filed a Motion for Relief from the Automatic Stay and Co-Debtor Automatic Stay with respect to the property located at 18110 Maine, Detroit, MI 48234, along with the Debtor's Attorney, Joseph L. Grima, and the parties having reached a resolution to the Motion of Relief from the Automatic Stay and Co-Debtor Automatic Stay; the Court having reviewed the Stipulation Modifying the Automatic Stay and Co-Debtor Automatic Stay; and the Court being fully advised on the premises;

    IT IS HEREBY ORDERED that, as of April 1, 2014, the Debtor is past due to Creditor for the November 1, 2013, through the March 1, 2014, contractual payments of $1,059.16 each.

    IT IS HEREBY ORDERED that, as of the April 1, 2014, that the total amount past due is $5,143.31, which consists of the five past due monthly payments of $1,059.16 each minus a suspense balance of $152.49.

    IT IS HEREBY ORDERED that the Debtor, in addition to regular contractual monthly payments due to Creditor, shall remit directly to Creditor an additional $857.22 per month on the first of the month beginning on May 1, 2014, and continuing on the first of each month until September 1, 2014. On October 1, 2014, a final payment of $857.21 in addition to the regular contractual monthly payment shall be due directly to Creditor. These additional monthly payments shall be subject shall be subject to the future default provision in the paragraph directly below.

    IT IS HEREBY ORDERED that in the event that Debtor fails to make any future contractual direct payments to Creditor (including the April 1, 2014, contractual payment) or additional monthly payments set forth in this Order, the Creditor may submit a notice of default, served upon Debtor and Debtor's Counsel and permitting 20 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provisions of this order, then the Creditor

may submit an Order Lifting the Automatic Stay and Co-Debtor Automatic Stay to the Bankruptcy Court and the automatic stay and co-debtor automatic stay as to Leonard Turner may be thereafter lifted without a further hearing or notice.

    IT IS FURTHER ORDERED that the Debtor shall be limited to two (2) opportunities to cure defaults. Should a third default occur, then the Creditor may submit an Order Lifting the Automatic Stay and Co-Debtor Automatic Stay to the Bankruptcy Court and the automatic stay and co-debtor automatic stay as to Leonard Turner may be thereafter lifted without a further hearing or notice.

    IT IS FURTHER ORDERED that the Creditor may file a supplemental secured proof of claim in the amount of $826.

.

**Signed on April 11, 2014**

                                          **/s/ Phillip J. Shefferly**
                                          **Phillip J. Shefferly**
                                          **United States Bankruptcy Judge**