Debtor 1  Leslie L. Turner

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan
(State)

Case number  13-40551

# Form 4100R
## Response to Notice of Final Cure Payment                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 9 1 7 8

**Property address:** 18110 Main St.
Number    Street

Detroit          MI       48234
City            State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:               (a) $ 2566.29

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total.** Add lines a and b.                          (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  07/01/2018
MM / DD / YYYY

| Debtor 1 | Leslie L. Turner | Case number (if known) 13-40551 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

❏ I am the creditor.
■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ D. Anthony Sottile
Signature

Date 09/05/2018

Print: D. Anthony Sottile
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: P.O. Box 476
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com



## Payment Changes

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 4/1/2013 | $500.17 | $563.38 | $1,063.55 | Per LM |
| 2/1/2014 | $500.17 | $558.99 | $1,059.16 | NOPC |
| 6/1/2014 | $500.17 | $612.77 | $1,112.94 | NOPC |
| 6/1/2015 | $500.17 | $596.95 | $1,097.12 | NOPC |
| 1/1/2016 | $500.17 | $596.29 | $1,096.46 | NOPC |
| 2/1/2017 | $500.17 | $468.27 | $968.44 | NOPC |
| 7/1/2017 | $500.17 | $462.07 | $962.24 | NOPC |
| 1/1/2018 | $500.17 | $355.26 | $855.43 | NOPC |

## Loan Information

| | |
|---|---|
| Borrower | Turner |
| BK Case # | 13-40551 |
| Date Filed | 1/11/2013 |
| First Post Petition Due Date | |
| POC Covers | Loan Mod entered 4/1/13 |

*Mortgage payment became conduit as of 3/1/16

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance |
|---|---|---|---|---|---|---|---|---|
| | | **Missing Prior Servicer's Payment History from 1/11/13-7/7/15** | | | $0.00 | | | $0.00 |
| 7/21/2015 | $1,112.94 | 3/1/2015 | 3/1/2015 | $1,112.94 | $0.00 | | | $0.00 |
| 8/15/2015 | $1,112.94 | 4/1/2015 | 4/1/2015 | $1,112.94 | $0.00 | | | $0.00 |
| 10/15/2015 | $1,112.94 | 5/1/2015 | 5/1/2015 | $1,112.94 | $0.00 | | | $0.00 |
| 12/5/2015 | $1,112.94 | 6/1/2015 | 6/1/2015 | $1,097.12 | $15.82 | $15.82 | | $15.82 |
| 1/29/2016 | $1,112.94 | 7/1/2015 | 7/1/2015 | $1,097.12 | $15.82 | $15.82 | | $31.64 |
| 4/19/2016 | $1,086.71 | 8/1/2015 | 8/1/2015 | $1,097.12 | -$10.41 | | $10.41 | $21.23 |
| 5/23/2016 | | | | $981.94 | $981.94 | | | $1,003.17 |
| 6/7/2016 | $699.06 | 9/1/2015 | 9/1/2015 | $1,097.12 | -$398.06 | | $398.06 | $605.11 |
| 7/12/2016 | $2,115.20 | 10/1/2015 | 10/1/2015 | $1,097.12 | $1,018.08 | $1,018.08 | | $1,623.19 |
| 9/16/2016 | $1,695.85 | 11/1/2015 | 11/1/2015 | $1,097.12 | $598.73 | $598.73 | | $2,221.92 |
| 9/16/2016 | $1,480.51 | 12/1/2015 | 12/1/2015 | $1,097.12 | $383.39 | $383.39 | | $2,605.31 |
| 9/21/2016 | $1,096.46 | 1/1/2016 | 1/1/2016 | $1,096.46 | $0.00 | | | $2,605.31 |
| 9/21/2016 | $2,566.29 | 2/1/2016 | 2/1/2016 | $1,096.46 | $1,469.83 | $1,469.83 | | $4,075.14 |
| 9/21/2016 | | | 3/1/2016 | $1,096.46 | -$1,096.46 | | $1,096.46 | $2,978.68 |
| 10/13/2016 | $1,096.46 | 4/1/2016 | 4/1/2016 | $1,096.46 | $0.00 | | | $2,978.68 |
| 10/13/2016 | $1,096.46 | 5/1/2016 | 5/1/2016 | $1,096.46 | $0.00 | | | $2,978.68 |
| 11/23/2016 | $1,096.46 | 6/1/2016 | 6/1/2016 | $1,096.46 | $0.00 | | | $2,978.68 |
| 11/23/2016 | $996.00 | 7/1/2016 | 7/1/2016 | $1,096.46 | -$100.46 | | $100.46 | $2,878.22 |
| 12/31/2016 | $2,046.00 | 8/1/2016 | 8/1/2016 | $1,096.46 | $949.54 | $949.54 | | $3,827.76 |
| 12/31/2016 | | 9/1/2016 | 9/1/2016 | $1,096.46 | -$1,096.46 | | $1,096.46 | $2,731.30 |
| 3/14/2017 | $1,042.63 | 10/1/2016 | 10/1/2016 | $1,096.46 | -$53.83 | | $53.83 | $2,677.47 |
| 3/30/2017 | $1,022.27 | 11/1/2016 | 11/1/2016 | $1,096.46 | -$74.19 | | $74.19 | $2,603.28 |
| 3/30/2017 | $1,083.02 | 12/1/2016 | 12/1/2016 | $1,096.46 | -$13.44 | | $13.44 | $2,589.84 |
| 5/22/2017 | $968.44 | | | | $968.44 | $968.44 | | $3,558.28 |
| 5/31/2017 | $968.44 | 1/1/2017 | 1/1/2017 | $1,096.46 | -$128.02 | | $128.02 | $3,430.26 |
| 6/23/2017 | $891.93 | 2/1/2017 | 2/1/2017 | $968.44 | -$76.51 | | $76.51 | $3,353.75 |
| 7/11/2017 | $1,038.75 | 3/1/2017 | 3/1/2017 | $968.44 | $70.31 | | $70.31 | $3,283.44 |
| 8/8/2017 | $962.24 | 4/1/2017 | 4/1/2017 | $968.44 | -$6.20 | | $6.20 | $3,277.24 |
| 9/26/2017 | $962.24 | 5/1/2017 | 5/1/2017 | $968.44 | -$6.20 | | $6.20 | $3,271.04 |
| 10/20/2017 | $51.59 | 6/1/2017 | 6/1/2017 | $968.44 | -$916.85 | $51.59 | | $3,322.63 |
| 12/12/2017 | $2,835.13 | 7/1/2017 | 7/1/2017 | $962.24 | $1,872.89 | $1,872.89 | | $5,195.52 |
| 1/11/2018 | $855.43 | 8/1/2017 | 8/1/2017 | $962.24 | -$106.81 | | $106.81 | $5,088.71 |
| 2/13/2018 | $855.43 | 9/1/2017 | 9/1/2017 | $962.24 | -$106.81 | | $106.81 | $4,981.90 |
| 3/13/2018 | $855.43 | 10/1/2017 | 10/1/2017 | $962.24 | -$106.81 | | $106.81 | $4,875.09 |
| 4/11/2018 | $855.43 | 11/1/2017 | 11/1/2017 | $962.24 | -$106.81 | | $106.81 | $4,768.28 |
| 5/9/2018 | $855.43 | 12/1/2017 | 12/1/2017 | $962.24 | -$106.81 | | $106.81 | $4,661.47 |
| 5/9/2018 | | 1/1/2018 | 1/1/2018 | $855.43 | -$855.43 | | $855.43 | $3,806.04 |
| 5/9/2018 | | 2/1/2018 | 2/1/2018 | $855.43 | -$855.43 | | $855.43 | $2,950.61 |
| 5/9/2018 | | 3/1/2018 | 3/1/2018 | $855.43 | -$855.43 | | $855.43 | $2,095.18 |
| 5/9/2018 | | 4/1/2018 | 4/1/2018 | $855.43 | -$855.43 | | $855.43 | $1,239.75 |
| 5/9/2018 | | 5/1/2018 | 5/1/2018 | $855.43 | -$855.43 | | $855.43 | $384.32 |
| 6/13/2018 | $855.43 | 6/1/2018 | 6/1/2018 | $855.43 | $0.00 | | | $384.32 |
| | | | | | $0.00 | | | $384.32 |
| | | | | | $0.00 | | | $384.32 |
| | | | | | $0.00 | | | $384.32 |

Arrearage as of time of Modification to Conduit Payments: $7643.07
Regular Monthly Mortgage Payments from:

        3/1/16 - 1/1/17: $12061.06
        2/1/17 - 6/1/17: $ 4842.20
        7/1/17- 12/1/17: $57733.44
        1/1/18 - 7/1/18: $ 5,988.01

TOTAL DUE FROM TRUSTEE: $36307.78
Total Distributed by Trustee: $35452.5
Total Delinquency: $855.28

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# AT DETROIT

| | |
|---|---|
| In Re: | Case No. 13-40551-PJS |
| Leslie L. Turner | Chapter 13 |
| Debtor. | Judge Phillip J. Shefferly |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Response to Notice of Final Cure has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on September 5, 2018 to the following:

Leslie L. Turner, Debtor
18110 Maine
Detroit, MI 48234

Joseph L. Grima, Debtor's Counsel
grimalaw@gmail.com

Krispen S. Carroll, Chapter 13 Trustee
719 Griswold
Suite 1100
Detroit, MI 48226
notice@det13ksc.com

    Respectfully submitted,

    /s/ D. Anthony Sottile
    D. Anthony Sottile (OH 0075101)
    Jon Lieberman (P79786)
    Sottile & Barile, Attorneys at Law
    P.O. Box 476
    Loveland, OH 45140
    Phone: (513) 444.4100
    bankruptcy@sottileandbarile.com